IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 13-cv-03022-MSK-CBS | Date: July 23, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                          *Counsel:*

FRANTZ E. BRETOUX                 Matthew Hall
                                                    Patricia Meester

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY    Michael Simpson
                                                    Christopher Colby

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 11:07 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court regarding Plaintiff's MOTION to Amend/Correct/Modify *Scheduling Order and Extend Discovery Cut-off for Purposes of Completing Certain Depositions Only* [29]. Parties state they do not need the dispositive motion deadline extended.

**ORDERED:**      Plaintiff's MOTION to Amend/Correct/Modify *Scheduling Order and Extend Discovery Cut-off for Purposes of Completing Certain Depositions Only* [29] is **GRANTED**. The discovery deadline is extended until September 19, 2014.

HEARING CONCLUDED.

**Court in recess: 11:13 a.m.**
Total time in court: 00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.