**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03022-MSK-CBS

FRANTZ E. BRETOUX,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY

    Defendant.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

    Pursuant to the offer of judgment served on July 25, 2014 and the acceptance thereof filed August 8, 2014, with proof of service, it is

    ORDERED that judgment is hereby entered for FRANTZ E. BRETOUX and against GEICO GENERAL INSURANCE COMPANY, in the amount of $100,000.00, which sum shall include reasonable attorney's fees and recoverable costs as agreed to by counsel or as determined by the court.  It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.11% from the date of entry of judgment.

    Dated at Denver, Colorado this 14th day of August, 2014.

                                                     FOR THE COURT:
                                                   JEFFREY P. COLWELL, CLERK

By: s/  s/Jennifer Hawkins
s/Jennifer Hawkins
Deputy Clerk